**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Johnny Jones,

Plaintiff

v.

Galvez, et al.,

Defendants

Case No. 2:26-cv-00380-JAD-MDC

**Order**

ECF Nos. 5, 6, 8, 9

Pro se Nevada inmate Johnny Jones brings this civil-rights lawsuit to redress constitutional violations that he claims he suffered due to a 2025 arrest on the University of Nevada Las Vegas campus.[1] Because Jones applies to proceed in forma pauperis (IFP), that application must be adjudicated before it can be determined whether Jones's complaint can be served on the defendants and whether his case will move forward. That has not yet happened because this court has a heavy caseload, and there are many cases in line ahead of Jones's.

Jones has filed a flurry of motions, all of which suggest that he is concerned that he's missed or misunderstood the status of his case due to a facility transfer. He hasn't. There is nothing for Jones to do at this time. In his motion for "clarification," Jones suggests that his case isn't about prison conditions, so it is unclear to him whether he has to wait for screening under the PLRA.[2] The magistrate judge will provide further direction on next steps when ruling on Jones's pending IFP application. Until then, or absent further order of the court, there is nothing

[1] ECF No. 1-1.

[2] ECF No. 5.

he must do. And filing a series of motions asking for documents, status, or updates will only further delay this case.

To the extent that Jones asks for a copy of the docket sheet and a copy of every document filed in this case, those requests are denied.[3] An inmate has no constitutional right to free photocopying, and any litigant who wants copies of filed documents from the court must pay $0.10 per page to receive them.[4]

Jones also asks this court to order an expedited settlement conference.[5] Because nothing about this case or his motion indicates that this case is in a procedural posture that would merit a settlement conference, that motion is denied.

IT IS THEREFORE ORDERED that Plaintiff Johnny Jones's emergency motion for clarification, motion for expedited settlement conference, and emergency motions for documents and a docket sheet **[ECF Nos. 5, 6, 8, 9] are DENIED.**

U.S. District Judge Jennifer A. Dorsey
October 28, 2026

[3] ECF Nos. 8, 9.

[4] Nev. L.R. IC 1-1(i)(5); 28 U.S.C. § 1914.

[5] ECF No. 6.